1  David A. Gill (Tr), TRUSTEE (State Bar No. 032145)
   mrobertson@dgdk.com
2  2029 Century Park East, Third Floor
   Los Angeles, CA  90067-2904
3  Telephone:    (310) 201-2407
4  Facsimile:    (310) 277-5735

5  Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:11-bk-24819-BR |
|---|---|
| LEANDRA SECAIDA-RUIZ | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: L BISHOP AUSTIN
TO THE ABOVE NAMED DEBTOR(S):

   You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 06/14/11 at 10:00 AM at 725 S Figueroa Street, Room 102, Los Angeles, CA 90017, for the reason set forth below:

   ☒ You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, a motion to dismiss your case may be filed by the trustee.

Dated:   May 20, 2011                    /s/ David A. Gill (Tr)
                                         David A. Gill (Tr), TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Third Floor, Los Angeles, CA 90067-2904.

On May 20, 2011, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

LEANDRA SECAIDA-RUIZ
9824 HAWKSTONE ST
WHITTIER, CA 90605


L BISHOP AUSTIN
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010


☐ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on May 20, 2011, at Los Angeles, California.
☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ Melvin Robertson
Melvin Robertson